UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

EDGAR LAVERDE
    Plaintiff

v.                                          Case No. 07-4838
                                               Rule 7.1 Statement

CAPITAL ONE HEALTHCARE
FINANCE a division of Capital One Services, Inc.
and CIT GROUP INC.
    Defendants.

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local
General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Edgar Laverde (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:
N/A

Dated: Spring Valley, New York
June 11, 2007                             _____/s/_____
                                          Shmuel Klein (SK 7212) Fed Court Only
                                          Law Office of Shmuel Klein, PC
                                          Attorneys for Plaintiff
                                          268 ROUTE 59
                                          Spring Valley, NY   10977
                                          (845) 425-2510