James M. Bergin
Lily M. Fan
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0050
(212) 468-8000

Attorneys for Defendants
Capital One F.S.B. (erroneously sued herein
as "Capital One Healthcare Finance") and
CIT Bank (erroneously sued herein as "CIT
Group Inc.")

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDGAR LAVERDE, | |
| Plaintiff, | |
| -against- | Civil Action No.: 07 Civ. 4838 (BSJ) (GWG) |
| CAPITAL ONE HEALTHCARE FINANCE, a division of Capital One Services, Inc., and CIT GROUP INC., | ECF CASE |
| Defendants. | **NOTICE OF MOTION TO DISMISS** |

PLEASE TAKE NOTICE that, pursuant to Rule 12(b)(6) of the Federal Rules of Civil

Procedure, defendants Capital One F.S.B. (erroneously sued herein as "Capital One Healthcare

Finance") and CIT Bank (erroneously sued herein as "CIT Group Inc.") will move, on

September 28, 2007, at 10:00 a.m., or as soon thereafter as counsel may be heard, at the United

States Courthouse, 500 Pearl Street, New York, New York, for an Order dismissing plaintiff

Edgar Laverde's complaint and all claims asserted therein, for failure to state a claim on which

relief may be granted.  The foregoing motion is based on the grounds set forth in the accompanying memorandum of law, and on the accompanying Declaration of James M. Bergin dated August 31, 2007 and the exhibits attached thereto, and on all of the pleadings and proceedings heretofore had herein.

Dated: New York, NY　　　　　Respectfully submitted,
August 31, 2007

　　　　　　　　　　　　　　　By: ___/s/ James M. Bergin_____
　　　　　　　　　　　　　　　　　James M. Bergin
　　　　　　　　　　　　　　　　　Lily M. Fan
　　　　　　　　　　　　　　　　　MORRISON & FOERSTER LLP
　　　　　　　　　　　　　　　　　1290 Avenue of the Americas
　　　　　　　　　　　　　　　　　New York, NY  10104-0050
　　　　　　　　　　　　　　　　　Telephone: 212-468-8000
　　　　　　　　　　　　　　　　　Facsimile: 212-468-7900

　　　　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　　　*Capital One F.S.B. (erroneously sued herein as "Capital One Healthcare Finance") and CIT Bank (erroneously sued herein as "CIT Group Inc.")*