USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 2 9 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EDGAR LAVERDE,

                Petitioner,

        - against -

VITAL DENT et al.,

                Respondents.
------------------------------------------------------------x

ORDER
06 Civ. 7617 (GBD)

GEORGE B. DANIELS, District Judge:

For the reasons stated on the record during oral argument held today, March 29, 2007, the motion to dismiss filed by defendants Capital One Healthcare Finance and CIT Group, Inc. is GRANTED. The claims against CIT Group are DISMISSED with prejudice. The claims against Capital One are DISMISSED without prejudice to make a motion to file an amended complaint against Capital One within thirty (30) days from the date of this Order.

Dated: New York, New York
       March 29, 2007

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge