UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EDGAR LAVERDE,

               Plaintiff,

          - against -

VITAL DENT, CAPITAL ONE HEALTHCARE
FINANCE, and CIT,

              Defendants.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 24 2007

ORDER
06 Civ. 7617 (GBD)

GEORGE B. DANIELS, District Judge:

     Plaintiff's request to file his proposed Amended Complaint against defendants Vital Dent, Capital One Healthcare Finance, and CIT is DENIED.

Dated: New York, New York
       May 24, 2007

SO ORDERED:

*George B Daniels*
GEORGE B. DANIELS
United States District Judge