James M. Bergin
Lily M. Fan
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0050
(212) 468-8000

Attorneys for Defendants
Capital One F.S.B. (erroneously sued herein
as "Capital One Healthcare Finance") and
CIT Bank (erroneously sued herein as "CIT
Group Inc.")

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| EDGAR LAVERDE, <br><br> Plaintiff, <br><br> -against- <br><br> CAPITAL ONE HEALTHCARE FINANCE, CIT GROUP INC., <br><br> Defendants. | No.: 07-Civ-4838 (BSJ) (GWG) <br><br> ECF CASE <br><br> **Rule 7.1 Statement of Defendant Capital One F.S.B. (erroneously sued herein as "Capital One Healthcare Finance")** |

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of this court to evaluate possible disqualification or recusal, the undersigned counsel certifies that defendant Capital One F.S.B. (erroneously sued herein as "Capital One Healthcare Finance") was dissolved in July, 2007, and that prior to its dissolution it was a wholly owned subsidiary of Capital One Financial Corporation, a publicly traded Delaware corporation.

Dated: New York, NY
August 31, 2007

                        Respectfully submitted,

                      By: _____/s/ James M. Bergin_____
                            James M. Bergin
                            Lily M. Fan
                            MORRISON & FOERSTER LLP
                            1290 Avenue of the Americas
                            New York, NY  10104-0050
                            Telephone: 212.468.8000
                            Facsimile: 212.468.7900

                            *Attorneys for Defendant*
                            *Capital One F.S.B. (erroneously sued herein as*
                            *"Capital One Healthcare Finance")*