James M. Bergin
Lily M. Fan
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0050
(212) 468-8000

Attorneys for Defendants
Capital One F.S.B. (erroneously sued herein
as "Capital One Healthcare Finance") and
CIT Bank (erroneously sued herein as "CIT
Group Inc.")

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

| | |
|---|---|
| EDGAR LAVERDE, | : |
| Plaintiff, | : |
| -against- | : No.: 07-Civ-4838  (BSJ) (GWG) |
| CAPITAL ONE HEALTHCARE FINANCE, CIT GROUP INC., | : ECF CASE |
| Defendants. | : **Rule 7.1 Statement of Defendant CIT Bank (erroneously sued herein as "CIT Group Inc.")** |

------------------------------------------------------------

Pursuant to Rule 7.1 of the Federal Rule of Civil Procedure, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel certifies that defendant CIT Bank, a Utah industrial bank, is a wholly owned subsidiary of CIT Group Inc., which is publicly traded.

Dated: New York, NY
August 31, 2007

                    Respectfully submitted,


                    By: _____/s/ James M. Bergin_____
                    James M. Bergin
                    Lily M. Fan
                    MORRISON & FOERSTER LLP
                    1290 Avenue of the Americas
                    New York, NY  10104-0050
                    Telephone: 212.468.8000
                    Facsimile: 212.468.7900

                    *Attorneys for Defendants*
                    *CIT Bank (erroneously sued herein as "CIT Group Inc.")*