**MORRISON | FOERSTER**

1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104-0050

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

DENVER, NORTHERN VIRGINIA,
ORANGE COUNTY, SACRAMENTO,
WALNUT CREEK, CENTURY CITY

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

September 12, 2007

Writer's Direct Contact
212.468.8033
JBergin@mofo.com

**By Telefacsimile**

Hon. Barbara S. Jones
United States District Judge
United States Courthouse
500 Pearl Street, Room 620
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/13/07
```

Re:   LaVerde v. Capital One et al., No. 07-4838 (BSJ)

Dear Judge Jones:

I and my firm represent defendants Capital One F.S.B. (sued herein as Capital One Healthcare Finance) and CIT Bank (sued herein as CIT Group Inc.) in the above-referenced action. On August 31, 2007, we filed a motion to dismiss on behalf of both Capital One and CIT. Pursuant to the Local Rules of this Court, Plaintiff's opposition would normally be due on September 14, 2007, and our reply would be due one week later.

Recently, Plaintiff's counsel, Shmuel Klein, contacted me to discuss a proposed briefing schedule for the motion, in light of upcoming religious holidays. After discussion, the parties agreed to propose the following schedule: Plaintiff time to file an opposition would be extended to October 31, 2007, and Defendants' time to reply would be extended to November 30, 2007. This schedule is intended to accommodate both Mr. Klein's request and anticipated travel outside the jurisdiction on my part. No prior request has been made for the relief sought herein.

If the proposed extension meets with the Court's approval, I respectfully request that Your Honor "So Order" this letter and file it with the Clerk.

Respectfully submitted,

James M. Bergin

Application GRANTED

SO ORDERED
Dated:
BARBARA S. JONES
U.S.D.J.

cc:   Law Office of Shmuel Klein, PC (By telefacsimile and email)