UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

EDGAR LAVERDE,

               Plaintiff,

      -against-

CAPITAL ONE HEALTHCARE FINANCE,
CIT GROUP INC.,

               Defendants.

No.: 07-Civ-4838  (BSJ) (GWG)

ECF CASE

---

## VOLUNTARY JOINT STIPULATED DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Edgar Laverde, and

Defendants Capital One F.S.B. (erroneously sued herein as "Capital One Healthcare Finance")

and CIT Bank (erroneously sued herein as "CIT Group Inc."), by their undersigned counsel,

stipulate and agree that the above-entitled action is hereby dismissed, with prejudice. Each

party shall bear their own costs.

Dated: January 7, 2008
       New York, New York

Shmuel Klein (shmuel.klein@verizon.net)
LAW OFFICE OF SHMUEL KLEIN PC
268 Route 59
Spring Valley, NY 10977
(845) 425-2510

Attorney for Plaintiff
*Edgar Laverde*

James M. Bergin (jbergin@mofo.com)
Lily M. Fan (lmfan@mofo.com)
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 468-8000

Attorneys for Defendants
*Capital One F.S.B. (erroneously sued herein*
*as "Capital One Healthcare Finance") and*
*CIT Bank (erroneously sued herein as "CIT*
*Group Inc.")*

SO ORDERED

U.S.D.J.

1/11/08